## MEMORANDUM DECISION.

No. 19,272.

THE STATE OF KANSAS, *Appellee,* V. ALFERRETTA HAGERTY, *Appellant.*

Appeal from Seward district court; GEORGE J. DOWNER, judge. Opinion filed June 6, 1914. Affirmed.

*John Livingston,* of Hooker, Okla., for the appellant.

*John S. Dawson,* attorney-general, and *Clyde R. Commons,* county attorney, for the appellee.

*Per Curiam:* Appellant was charged, tried and convicted of maintaining a house of prostitution. Complaint is made of alleged errors in the admission of evidence, of the giving and refusal of instructions and of the overruling of a plea in abatement. Neither of these complaints are properly presented, in the absence of any bill of exceptions except the plea in abatement which is in the record. (*The State v. Smith,* 38 Kan. 194, 16 Pac. 254; *The State v. Hastie,* 44 Kan. 427, 24 Pac. 954; *The State v. Roberts,* 67 Kan. 631, 73 Pac. 905; *The State v. McCoy,* 70 Kan. 672, 79 Pac. 156; *The State v. Chirafisi,* 86 Kan. 533, 121 Pac. 364.) However, we have considered the several assignments of error and find nothing which would justify a reversal of the judgment.

The judgment is affirmed.